LORENZO VIGIL et al., Respondents, *v.* CAYUGA CONSTRUCTION CORPORATION, Appellant.

Supreme Court, Appellate Term, First Department, May 25, 1945.

*John F. X. McGohey, United States Attorney for the Southern District of New York* (*R. Lewis Townsend* of counsel), for appellant.

*Charles A. Loreto, Peter L. F. Sabbatino* and *Thomas J. Todarelli* for respondents.

Order affirmed, with $10 costs and disbursements, with leave to appeal to the Appellate Division.

Concur: SHIENTAG, McLAUGHLIN and HECHT, JJ.